Frank J. Kowalewski, Petitioner *v.* Commonwealth of Pennsylvania, Unemployment Compensation Board of Review, Respondent.

Argued September 14, 1978, before Judges CRUMLISH, JR., ROGERS and CRAIG, sitting as a panel of three.

*Frank J. Kowalewski,* petitioner, for himself.

*Michael Klein,* Assistant Attorney General, with him *Sydney Reuben,* Assistant Attorney General, and *Robert P. Kane,* Attorney General for appellee.

PER CURIAM OPINION, November 28, 1978:

Claimant, Frank J. Kowalewski, appeals from a decision of the Unemployment Compensation Board of Review affirming a decision of the referee denying benefits for a failure to comply with the requirements of Section 4(w)(2) of the Unemployment Compensation Law, Act of December 5, 1936, Second Ex. Sess., P.L. (1937) 2897, *as amended*, 43 P.S. §753(w)(2). We have reviewed the record, including Claimant's admission that he has not complied with the requirements of Section 4(w)(2) of the Act, and affirm.

Accordingly, we

ORDER

AND Now, this 28th day of November, 1978, the order of the Unemployment Compensation Board of Review dated November 10, 1976, affirming the decision of the referee and denying unemployment compensation benefits to Frank J. Kowaleski is hereby affirmed.